## A07A0782. CUYUCH v. THE STATE.
(669 SE2d 238)

BLACKBURN, Presiding Judge.

In *Cuyuch v. State*,[1] the Supreme Court of Georgia reversed the judgment of this court in *Cuyuch v. State*.[2] Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Barnes, C. J., Andrews, P. J., Smith, P. J., Ruffin, Miller and Bernes, JJ., concur.*

DECIDED NOVEMBER 7, 2008.

*Carlton C. Carter*, for appellant.
*Garry T. Moss, District Attorney, Samuel K. Barger, Assistant District Attorney*, for appellee.

---

[1] *Cuyuch v. State*, 284 Ga. 290 (667 SE2d 85) (2008).
[2] *Cuyuch v. State*, 286 Ga. App. 629 (649 SE2d 856) (2007).
[1] *Blackmon v. Tenet Healthsystem Spalding*, 284 Ga. 369 (667 SE2d 348) (2008).